UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRINGTON TABE OROCK,

Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No. 26-cv-12300-TLT

**ORDER REQUIRING PLAINTFF TO SERVE HABEAS PETITION AND ANY EX PARTE RESTRAINING ORDER AND COMPLY WITH RULE 65**

Re: Dkt. No. 1

Hearing: November 2, 2026 11:00 a.m.

Before the Court is Petitioner Harrington Tabe Orock's ("Petitioner") habeas petition seeking release from the custody of U.S. Immigration and Customs Enforcement ("ICE") and asserting claims for violation of his procedural and due process rights in connection with his detention by ICE. *See* ECF 1 ("Petition" or "Pet.").

For the following reasons, the Court **ORDERS** Petitioner to comply with Rule 65(b) and **SERVE** the Petition on the government today, October 22, 2026. In accordance with Rule 65(b)(1), Petitioner must provide "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and written certification regarding "any efforts made to give notice and the reasons why it should not be required." Petitioner's counsel shall file a declaration on the docket once the Petition has been served on the government. Petitioner shall do the same with respect to any *ex parte* temporary restraining order that is filed.

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

The Court cannot order any relief until Petitioner complies with Rule 65, as Petitioner's attorney has not yet provided written certification regarding any efforts made to give notice and the reasons why it should not be required. *See also*, Civil L. R. 65-1.

IT IS SO ORDERED.

Dated: October 22, 2026

TRINA L. THOMPSON
United States District Judge